IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIVIL ACTION NO.: :18-CV-00023-RAL-MAP

ROBERT TAYLOR,

        Plaintiff,

v.

I.C. SYSTEM, INC. AND
SPRINT CORPORATION,

        Defendants.
_____ /

**NOTICE OF SETTLEMENT**

Plaintiff Robert Taylor ("Mr. Taylor") hereby notifies the Court that he has settled his claims against Sprint Corporation.  Mr. Taylor asks the Court to retain jurisdiction for 60 days while the parties complete the settlement.

        Respectfully Submitted,

        By: /s/Ramona Ladwig
        Ramona Ladwig, Esq.
        **HYDE & SWIGART**
        Florida Bar No. 0048212
        175 S. W. 7th Street
        Miami, Florida 33130
        Phone: (214) 880-6362
        Fax: (800) 635-6425
        ramona@westcoastlitigation.com
        *Attorney for Plaintiff Robert Taylor*