# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ROBERT TAYLOR,

     Plaintiff,

v.                                  CASE NO.  8:18-cv-23-T-26MAP

I.C. SYSTEM, INC., and
SPRINT CORPORATION,

     Defendants.

_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 13)** that the above-styled action has been settled **as to Sprint Corporation only**.  Accordingly, it is

**ORDERED AND ADJUDGED** that this cause is hereby dismissed as to **Defendant Sprint Corporation only** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose.  After that 60-day period, dismissal as to Defendant Sprint Corporation shall be with prejudice.

**DONE AND ORDERED** at Tampa, Florida, on March 26, 2018.


                       __*s/Richard A. Lazzara*_____
                       **RICHARD A. LAZZARA**
                       **UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record