IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIVIL ACTION NO. 8:18-CV-00023-RAL-MAP

Robert Taylor,

        Plaintiff,

v.

I.C. System, Inc. ,

        Defendant.

_____ /

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Robert Taylor hereby gives notice of voluntary dismissal with prejudice against Defendant I.C. System, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: September 27, 2018          Respectfully Submitted,

                                          By: /s/Ramona Ladwig
                                                Ramona Ladwig, Esq.
                                                **HYDE & SWIGART**
                                                Florida Bar No. 0048212
                                                175 S. W. 7th Street
                                                Miami, Florida 33130
                                                Phone: (214) 880-6362
                                                Fax: (800) 635-6425
                                                ramona@westcoastlitigation.com

                                                *Attorney for Plaintiff Robert Taylor*

## **CERTIFICATE OF SERVICE**

On September 27, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Middle District of Florida, using the electronic case filing system of the court. I hereby certify that all parties were served via electronic case filing, email, or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

By: /s/ Ramona Ladwig
Ramona Ladwig, Esq.